FIRST NATIONAL BANK OF ANN ARBOR, MICHIGAN, Respondent, v. JOHN FARSON et al., Individually and as Copartners under the Name of FARSON, SON & COMPANY, Appellants.

(Submitted May 26, 1919; decided June 3, 1919.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 226 N. Y. 218.)